UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------
MOUNT ZION MINISTRIES CHURCH, INC.,
doing business as REDEEMER CHURCH,
a New York not-for-profit and religious
corporation,

                                  Plaintiff,       NOTICE OF APPEARANCE

       vs.                           Action No. 6:20-CV-102
                                                (BKS/TWD)

TOWN OF WHITESTOWN, NEW YORK
a New York municipal corporation,

                                Defendant.
-------------------------------------------------------------

     I hereby certify that on February 10, 2020, I electronically filed the foregoing Certificate of Service with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

     1.     Noel W. Sterett

     2.     Philip J. Vecchio

Dated:  February 10, 2020

                                                         *S/William P. Schmitt*
                                                         William P. Schmitt, Bar Roll #102548